

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC**,
Appellant

v.

**COMPASS BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File En Banc Reconsideration is GRANTED. The motion, if any, must be filed by April 27, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court